Form A. O. 91 (Rev. 12-1-58)                                                                          Complaint

# United States District Court

**FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v <br> JOHN DOE | Commissioner's Docket No. 5 <br> Case No. 68-398 <br> COMPLAINT for VIOLATION of <br> U. S. C. Title 18 <br> Section s 1702 and 2 |

BEFORE ....EDWARD..P...SWAN................, ................Miami, Florida................,
                  Name of Commissioner                                             Address of Commissioner

The undersigned complainant being duly sworn states:

That on or about   August 30  , 19 68  at     Miami, Florida

in the

Southern     District of     Florida

(1)     JOHN DOE

did (2)

    Unlawfully take letters which had been in an authorized depository for mail matter before they had been delivered to the person for whom directed, to-wit: Dr. M. Bergal, with design to embezzle the contents thereof.

And the complainant states that this complaint is based on     personal knowledge and investigation by Complainant.

And the complainant further states that he believes that

are material witnesses in relation to this charge.

                                                         R. E. CRIDER                   Signature of Complainant.
                                                         Postal Inspector                   Official Title.

Sworn to before me, and subscribed in my presence,     August 30th  , 19 68

                                                                                        United States Commissioner.

(1) Insert name of accused.
(2) Insert statement of the essential facts constituting the offense charged.