UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>68-398-EPS</u>

UNITED STATES OF AMERICA

vs.

JOHN DOE,

      **Defendant.**
_____/

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against defendant **JOHN DOE** in this case without prejudice for the reason that this case against this defendant is no longer viable for prosecution.

                                                   Respectfully submitted,

                                                 MARKENZY LAPOINTE
                                                 UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _Oct. 31, 2023_                      _Cecilia M. Altonaga_
                                                HON. CECILIA M. ALTONAGA
                                                CHIEF UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (Lynn Kirkpatrick, AUSA)
        U.S. Marshal